RECEIVED

MAR 2 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

GAIL SINK                              MISC. CASE NO. 17-mc-44

VERSUS                                 JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY          MAGISTRATE JUDGE HANNA
LIMITED, ET AL

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Gail Sink as Representative and Derivative Claimant of the Estate of Phillip D. Kinser, Sr. is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22nd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE